194 So. 891

### Ben NELSON v. STATE.
### 8 Div. 981.

Court of Appeals of Alabama.
Feb. 13, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

195 So. 910

### Ben NELSON v. STATE.
### 8 Div. 982.

Court of Appeals of Alabama.
March 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

190 So. 924

### R. T. NEWTON v. STATE.
### 8 Div. 877.

Court of Appeals of Alabama.
June 13, 1939.

Rehearing Stricken June 30, 1939.

H. H. Hamilton, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

192 So. 918

### E. E. NIX v. CITY OF TUSCALOOSA.
### 6 Div. 618.

Court of Appeals of Alabama.
Dec. 1, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

193 So. 890

### Fred ODEN v. STATE.
### 7 Div. 500.

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

196 So. 905

### Luther ODEN v. STATE.
### 8 Div. 956.

Court of Appeals of Alabama.
May 21, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.